# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 22, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

137289 & (19)

DENISE BANE, a/k/a DENISE MAIERS,
     Plaintiff-Appellant,

v

                                           SC: 137289
                                           COA: 286058

THOMAS BANE,
     Defendant-Appellee.
                                           Macomb CC: 97-000886-DM
_____/

      On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the August 1, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 22, 2008

                                        Clerk

d1015